FILED
2013 Sep-04 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **STEVE LOSEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-13-S-1226-NE |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATION, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court having been notified that all claims embraced herein have been resolved, it is ORDERED that this case is DISMISSED with prejudice, but provided that if the terms of the settlement are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action, and such reinstatement shall relate back to the original date of filing.  Costs are taxed as paid.  The clerk is directed to close this file.

DONE and ORDERED this 4th day of September, 2013.

_____
United States District Judge